UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>GLENDALE CLYDE,<br><br>　　　　　　　Defendant. | CASE NO.: Case No. 22cr2125-GPC<br><br>**ORDER TO CONTINUE MOTION HEARING TO MAY 13, 2024**<br><br>**[ECF No. 354]** |

　　　Based on the written joint motion regarding continuance of the motion hearing, and for good cause shown, IT IS HEREBY FOUND AND ORDERED THAT:

　　　The motion hearing be continued until May 13, 2024, at 1:30 p.m. Time is excluded from February 5, 2024, through May 13, 2024, under 18 U.S.C. § 3161(h)(7)(B)(iv) (time needed by defense counsel for adequate preparation).

　　　**IT IS SO ORDERED.**

Dated:  February 2, 2024

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Gonzalo P. Curiel
　　　　　　　　　　　　　　　　　　　United States District Judge